# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC: 1:20-MC-28

FILED
Charlotte
Sep 30 2020
U.S. District Court
Western District of N.C.

FILED   9/30/20   NCWD

In the Matter of:   AMENDED ORDER FOR THE

APPOINTMENT OF A MERIT SELECTION PANEL
FOR THE SELECTION OF A CHIEF U.S.
PROBATION OFFICER FOR THE U.S. DISTRICT
COURT FOR THE WESTERN DISTRICT OF
NORTH CAROLINA

THIS MATTER is before the Court for the appointment of a merit selection panel to review applications for the position of Chief U.S. Probation/Pretrial Officer for this District.

IT IS HEREBY ORDERED that the persons listed below are named to serve on a merit selection panel to review applications for the position of Chief U.S. Probation/Pretrial Officer for the Western District of North Carolina.

## PANEL MEMBERS

Greg Forest, Chairman
U.S. Marshal
401 W. Trade Street
Jonas Federal Building
Charlotte, NC   28202
704-996-3938 (c)
Gregory.forest@usdoj.gov

Anthony Martinez, Chief
Federal Defender's Office
129 W. Trade Street
Suite 300
Charlotte, NC   28202
704-351-0281 (c)
Anthony_martinez@fd.org

Kirk G. Saunooke, Chief Justice
Eastern Band Cherokee Indians
137 Seven Clans Lane
PO Box 1629
Cherokee, NC   28719
828-788-6791 (c)
kirksaun@nc-cherokee.com

David Brown, Esq.
360 Rosemore Pl
Rock Hill, SC   29732
704-654-9418
dbrown@flannery.georgalis.com.

Brian Cromwell, Attorney
Parker Poe Adams & Bernstein LLP
401 South Tryon Street
Suite 3000
Three Wachovia Center
Charlotte, NC   28202
704-335-9511
briancromwell@parkerpoe.com

Rob Wilder, Esq.
3501 Monroe Road
Charlotte, NC   28205
704-342-2243
rob@wilderlawgroup.com

Craig Randall, AUSA
Chief, Criminal Division
227 West Trade Street
Suite 1650
Charlotte, NC   28202
704-344-6222
Craig.randall@usdoj.gov

Samuel B. Winthrop
112 Court Street
PO Box 964
Statesville, NC    28677
704-872-9544
swinthroplaw@gmail.com

Alexandra Hirsch, Esq.
101 North Tryon Street, Suite 1300
Fox Rothschild, LLP
Charlotte, NC   28246
 980-875-7436
ahirsch@foxrothschild.com

Chief Ron Campurciani
Mooresville Police Department
750 West Iredell Ave.
Mooresville, NC    28115
704-664-3311
rcampurciani@mooresvillenc.gov

James L. Corpening, Jr., Chief
U.S. Probation Officer, EDNC
310 New Bern Ave.
Room 610
Raleigh, NC   27601
919-861-8660
James_Corpening@ncep.uscourts.gov

Sean P. Devereux, Esq
The Jackson Bldg.
22 South Park Square
Suite 1100
Asheville, NC   28801
828-285-9455
sdevereux@dblawoffices.com

On or before December 1, 2020, the Panel shall submit to the Clerk of Court its report specifying the total number of applications interviewed and the names of at least five persons it has determined to be the most qualified. All written information prepared or considered by the Panel as to the individuals recommended shall be attached to the Panel's report and submitted to the Clerk.

The Clerk is directed to serve a copy of this Order to all members of the Panel and all members of this Court.

As authorized at the Executive Session of August 26, 2020, Chief Judge Martin Reidinger signs this Order on Behalf of the Court.

This _30th_ day of September 2020.

_Martin Reidinger/s_
Martin Reidinger, Chief
U.S. District Judge